UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOEL T. HAYWARD, | ) |
| Petitioner, | ) |
| v. | ) Docket no. 1:12-cv-00020 |
| SCOTT JONES, | ) |
| Respondent, | ) |

**ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 17, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on September 13, 2012 and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED. Relief under 28 U.S.C. § 2254 is DENIED, with prejudice, and the petition is DISMISSED. Should the petitioner file a Notice of Appeal, no Certificate of Appealability will issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 30th day of October, 2012.